**FILED**

**MAR 24 2022**

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ZOHO CORPORATION, | § | |
|     PLAINTIFF, | § | |
| | § | |
| V. | § | CAUSE NO. 1:22-CV-0037-LY |
| | § | |
| LIBERTY PEAK VENTURES LLC, | § | |
|     DEFENDANT. | § | |

## ORDER SETTING INITIAL PRETRIAL CONFERENCE AND STAYING ACTION

**IT IS ORDERED** that the above-entitled and numbered cause is set for **Initial Pretrial Conference** in Courtroom No. 7, Seventh Floor, the United States Courthouse, 501 West Fifth Street, Austin, Texas, on __April__, __7__, 2022, at __9:30 a__.m.

The parties are relieved of the obligation to file a proposed scheduling order, pending further order of the court, but should be prepared to discuss scheduling at the Initial Pretrial Conference.

**IN ALL OTHER RESPECTS** this action is **STAYED** pending further order of the court.

SIGNED this __24th__ day of March, 2022.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE