UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
APR 12 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

| | |
|---|---|
| ZOHO CORPORATION, § § § Plaintiff, § § v. § Civil Action No. 1:22-cv-37-LY § LIBERTY PEAK VENTURES, LLC, § § Defendant. § § § LIBERTY PEAK VENTURES, LLC, § § Counterclaimant, § § v. § § ZOHO CORPORATION, § § Counter-Defendant, § and § § ZOHO CORPORATION PVT. LTD. § § Third-Party Defendant. § | |

### PRE-*MARKMAN* SCHEDULING ORDER

On April 7, 2022, the Court conducted an initial pretrial conference in the above entitled and numbered cause. All parties appeared through counsel. The Court, having considered the recommendations of counsel, hereby **ORDERS** that the stay imposed by this Court's Order of March 24, 2022 (Doc. No. 16) is **LIFTED** to the extent necessary to comply with this Order, and further sets the following deadlines:

| Case Management Deadlines | Date |
|---|---|
| Disclosure: Claims/Infringement | July 12, 2022 |
| Disclosure: Invalidity Contentions | August 31, 2022 |
| Identify Claims Terms to Be Construed | October 5, 2022 |
| Joint Claim Construction Statement | October 26, 2022 |
| Close of Claim Construction Discovery | November 9, 2022 |
| Opening Claim Construction Brief | December 14, 2022 |
| Reply Claim Construction Brief | January 16, 2023 |

**IT IS FURTHER ORDERED** that this case is set for a technology tutorial to the Court in Courtroom No.7, Seventh Floor, the United States Courthouse, 501 West Fifth Street, Austin, Texas, on February 21, 2023 at 9:30 a.m.

**IT IS FURTHER ORDERED** that the claim construction hearing is set immediately following the tutorial on February 21, 2023.

**IT IS FURTHER ORDERED** that no party shall engage in any discovery other than with respect to the claim construction proceedings as described in this Order without further order of the Court, unless by agreement of the parties and approval of the Court

SIGNED this 12th day of April, 2022.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE