# Exhibit C

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| USB BRIDGE SOLUTIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>AVANT TECHNOLOGY, INC. d/b/a<br>EDGE MEMORY,<br><br>Defendant. | Civil Action No.: 1:17-cv-01159-LY<br><br>Jury Trial Demanded |

## AGREED POST-MARKMAN SCHEDULING ORDER

On June 11, 2020, the Court conducted a Post-*Markman* conference in the above entitled and numbered case. All parties appeared telephonically through counsel. As a result of such hearing, and pursuant to Rule 16, Federal Rules of Civil Procedure, the Court lifted the stay imposed on merits discovery by Order dated April 6, 2018 (Dkt. 23) and permitted discovery on all issues and ORDERS that the following schedule will govern deadlines up to and including the trial of this matter:

| ACTION | DATE |
|---|---|
| The parties shall serve their initial disclosures required by Federal Rule of Civil Procedure 26(a)(1)(A) | July 2, 2020 |
| Amended Disclosures of Asserted Claims and Infringement Contentions (post-*Markman*) shall be served. | July 24, 2020 |

| | |
|---|---|
| Amended Invalidity Contentions (post-*Markman*) shall be served. | **August 31, 2020** |
| All motions to amend pleadings shall be filed on or before this date | **September 18, 2020** |
| The parties shall complete fact discovery. Fact discovery must be completed by this date. Any fact discovery requests must be propounded so that the responses are due by this date. | **March 26, 2021** |
| The parties shall serve on all other parties their designations of experts on issues for which they bear the burden of proof, and the written reports required by Federal Rule of Civil Procedure 26(a)(2)(B) for such **opening experts** | **April 16, 2021** |
| The parties shall serve on all other parties their designations of rebuttal experts, and the written reports required by Federal Rule of Civil Procedure 26(a)(2)(B) for such **rebuttal experts** | **May 14, 2021** |
| The parties shall complete expert discovery | **June 23, 2021** |
| All Daubert and dispositive motions shall be filed and served on all other parties by this date. The Court does not have a limit on the number of motions for summary judgment (MSJs); however, absent leave of Court, the cumulative page limit for Opening Briefs for all MSJs is 40 pages per party. Responses shall be filed and served on all other parties no later than 14 days after the service of the motion and shall be limited to 20 pages. Any replies shall be filed and served on all other parties no later than 14 days after the service of the response and shall be limited to 10 pages. | **July 30, 2021** |
| By this date the parties shall exchange exhibit lists, designations of and objections to deposition testimony, and demonstratives. | **September 24, 2021** |
| By this date the parties shall exchange a proposed jury charge and questions for the jury. By this date the parties will also exchange draft Motions in Limine to determine which may be agreed. | **October 1, 2021** |

| | |
|---|---|
| By this date the parties shall exchange any objections to the proposed jury charge, with supporting explanation and citation of controlling law. By this date the parties shall also submit to the Court their Motions in Limine. | **October 8, 2021** |
| By this date the parties will submit to the court their Joint Pre-Trial Order, including the identification of issues to be tried, identification of witnesses, trial schedule provisions, and all other pertinent information. By this date the parties will also submit to the Court their oppositions to Motions in Limine. The parties shall provide to the Court an agreed jury charge with supported objections of each party and proposed questions for the jury. | **October 29, 2021** |
| Final pretrial conference at 9:30 AM | **November 5, 2021** |
| Jury selection and trial commences at 9:00 AM | **February 7, 2022** |

Dated: June 16, 2020

_____
Lee Yeakel
United States District Judge

3

**AGREED TO:**

/s/ Andrey Belenky
Jeffrey G. Toler
Toler Law Group, PC
8500 Bluffstone Cove, Suite A201
Austin, Texas 78759
512-327-5515
512-327-5575 (Fax)
jtoler@tlgiplaw.com

Dmitry Kheyfits
Andrey Belenky
Hanna G. Cohen
Kheyfits P.C.
1140 Avenue of the Americas, 9th Floor
New York, New York 10036
212-203-5399
212-203-6445
dkheyfits@kblit.com
abelenky@kblit.com
hgcohen@kblit.com

**ATTORNEYS FOR PLAINTIFF
USB BRIDGE SOLUTIONS, LLC**



/s/ D. Scott Hemingway
D. Scott Hemingway
HEMINGWAY & HANSEN, LLP
1700 Pacific Avenue, Suite 4800
Dallas, Texas 75201
Telephone: (214) 292-8300
Facsimile: (214) 292-8999
shemingway@hh-iplaw.com
**ATTORNEY FOR DEFENDANT
AVANT TECHNOLOGY, INC.**

4

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on this 12th day of June, 2020.

/s/ *D. Scott Hemingway*
D. Scott Hemingway