# Exhibit E

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED

20 JUN 11 PM 1:06

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

BAKER HUGHES OILFIELD OPERATIONS §
LLC, §
§
& §
§
BAKER HUGHES, A GE COMPANY, LLC §
§
Plaintiffs, §
§
v. §
§
PRODUCTION TOOL SOLUTION, INC., §
§
Defendant. §

C.A. No. 1:17-cv-291-LY

JURY TRIAL DEMANDED

## JOINT ▓▓▓▓▓ SCHEDULING ORDER

It is hereby ORDERED that the following schedule of deadlines is in effect until further

order of this Court:

| Case Management Detail | Plaintiffs' Proposed Date | Defendant's Proposed Date |
|---|---|---|
| Post-*Markman* Discovery commences on all issues. | June 12, 2020 | |
| Parties to exchange Initial Disclosures under FRCP Rule 26(f). | July 3, 2020 | |
| All motions to amend pleadings shall be filed on or before this date. | August 21, 2020 | |
| Amended Disclosure of Asserted Claims and Infringement Contentions (post-*Markman*) shall be served. | September 4, 2020 | |
| Amended Invalidity Contentions (post-*Markman*) shall be served. | October 2, 2020 | |

| Case Management Detail | Plaintiffs' Proposed Date | Defendant's Proposed Date |
|---|---|---|
| Close of Fact Discovery - Discovery Deadline on all issues of fact. | February 26, 2021 | |
| The parties asserting claims for relief shall submit a written offer of settlement to opposing parties on or before this date. All offers of settlement are to be private, not filed, and the Court is not to be advised of the same. The parties are further ORDERED to retain the written offers of settlement and responses as the Court will use these in assessing attorney's fees and court costs at the conclusion of trial | March 5, 2021 | |
| Each opposing party shall respond, in writing, to the written offer of settlement made by the parties asserting claims for relief by this date. All offers of settlement are to be private, not filed, and the Court is not to be advised of the same. The parties are further ORDERED to retain the written offers of settlement and responses as the Court will use these in assessing attorney's fees and court costs at the conclusion of trial | March 26, 2021 | |
| Opening Expert Reports - Date for designation of expert witnesses on non-construction issues on which the party has the burden of proof ("BOP") and service of expert witness reports. Deadline for Defendant to narrow number of prior art references at issue.<br><br>[Refer to Fed. Rules of Civil Proc. for information required.] | April 16, 2021 | |

| Case Management Detail | Plaintiffs' Proposed Date | Defendant's Proposed Date |
|---|---|---|
| Rebuttal Expert Reports - Date for designation of responsive expert witnesses on non-construction issues on which the party does not have the burden of proof ("BOP") and service of expert responsive witness reports. [Refer to Fed. Rules of Civil Proc. for information required.] | May 14, 2021 | |
| Close of Expert Discovery - Discovery Deadline on all expert issues. | June 15, 2021 | |
| Dispositive and Non-Dispositive Motions and Briefing Deadline including any *Daubert* Motions. | July 15, 2021 | |
| Initial Pre-Trial Exchange – each party to exchange witness and exhibit lists, draft Motions *in Limine* (to determine which may be agreed) and any other motions to be made at commencement of trial, proposed jury charges, proposed questions for the jury, deposition designations, and proposed Joint Pretrial Order, and all other matters required by the Federal Rules of Civil Procedure and the Local Rules of this Court. | September 1, 2021 | |
| Responsive Pre-Trial Exchange – each party to exchange any objections to witnesses, exhibits, proposed questions for the jury, deposition designations, and proposed jury charges, responses to draft Motions *in Limine* and other motions to be made at commencement of trial, any responsive deposition designations, and proposed combined Joint Pretrial Order. | September 22, 2021 | |

| Case Management Detail | Plaintiffs' Proposed Date | Defendant's Proposed Date |
|---|---|---|
| By this date the parties will submit to the Court their Joint Pre-Trial Order, including the identification of issues to be tried, identification of witnesses, trial schedule provisions, and all other pertinent information. By this date the parties will also submit to the Court their Motions *in Limine*, ~~and all other~~ *as they required in the Federal Rules of Civil Procedure and the Local Rules of this Court.* | October 8, 2021 | |
| Final Pre-Trial Conference. The parties shall provide to the Court an agreed jury charge with supported objections of each party, and proposed questions for the jury, at the final Pre-Trial Conference. | *October 22, 2021 9:30 a.m.* | |
| ~~Trial Setting~~ *Jury Selection and Trial* | *January 10, 2022 9:00 a.m.* | |

*This stay imposed by this court's order of September 25, 2019, is LIFTED.*

SIGNED this *11th* day of *June*, 2020.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE