# EXHIBIT A

# Matt Acosta

| | |
|---|---|
| **From:** | Ryan Marton <ryan@martonribera.com> |
| **Sent:** | Monday, October 17, 2022 3:48 PM |
| **To:** | Matt Acosta; Nick Kliewer; Phil Haack; Darryl Adams |
| **Cc:** | Andrew Lin; Xavier Bennett; Laura Marczak; Hector Ribera; Carolyn Chang |
| **Subject:** | Re: Zoho v. Liberty Peak Ventures - Claim Construction schedule |

**CAUTION:** External Sender.

Hi Matt,

We inadvertently left these 112 issues off the contentions. Has Liberty Peak been prejudiced by this?

Let me know if you would like chat.

Thanks,
Ryan

**From:** Matt Acosta <macosta@pcrfirm.com>
**Date:** Monday, October 17, 2022 at 1:35 PM
**To:** Ryan Marton <ryan@martonribera.com>, Nick Kliewer <nkliewer@pcrfirm.com>, Phil Haack <phaack@martonribera.com>, Darryl Adams <dadams@sgbfirm.com>
**Cc:** Andrew Lin <alin@pcrfirm.com>, Xavier Bennett <xbennett@pcrfirm.com>, Laura Marczak <lmarczak@pcrfirm.com>, Hector Ribera <hector@martonribera.com>, Carolyn Chang <carolyn@martonribera.com>
**Subject:** RE: Zoho v. Liberty Peak Ventures - Claim Construction schedule

Hi Ryan,

    Because our client is curious, what is the good faith basis for amending, when these 112 arguments could have been asserted in the original DICs that were served?

Many thanks,
Matt

**From:** Ryan Marton <ryan@martonribera.com>
**Sent:** Tuesday, October 11, 2022 3:16 PM
**To:** Nick Kliewer <nkliewer@pcrfirm.com>; Phil Haack <phaack@martonribera.com>; Darryl Adams <dadams@sgbfirm.com>
**Cc:** Matt Acosta <macosta@pcrfirm.com>; Andrew Lin <alin@pcrfirm.com>; Xavier Bennett <xbennett@pcrfirm.com>; Laura Marczak <lmarczak@pcrfirm.com>; Hector Ribera <hector@martonribera.com>; Carolyn Chang <carolyn@martonribera.com>
**Subject:** Re: Zoho v. Liberty Peak Ventures - Claim Construction schedule

**CAUTION:** External Sender.

Nick,

Your proposed schedule is fine. Also please find some minor amendments to our invalidity contention cover pleading. We've added a handful of 112 issues on pages 18 and 19 that we intend to address during claim construction. Let us know if you have an objection to this amendment.

Thanks,
Ryan

---

**From:** Nick Kliewer <nkliewer@pcrfirm.com>
**Date:** Tuesday, October 11, 2022 at 12:30 PM
**To:** Phil Haack <phaack@martonribera.com>, Ryan Marton <ryan@martonribera.com>, Darryl Adams <dadams@sgbfirm.com>
**Cc:** Matt Acosta <macosta@pcrfirm.com>, Andrew Lin <alin@pcrfirm.com>, Xavier Bennett <xbennett@pcrfirm.com>, Laura Marczak <lmarczak@pcrfirm.com>
**Subject:** RE: Zoho v. Liberty Peak Ventures - Claim Construction schedule

Gentlemen,

We have reviewed your list of terms for construction. In light of the number of terms cited and in order to have a meaningful conference prior to claim construction briefing, we suggest that we set intermediate deadlines and for a modification of the Pre-Markman Scheduling Order:

| Current Date | Proposed Date | Event |
| --- | --- | --- |
|  | October 24, 2022 | Parties exchange proposed claim constructions |
|  | November 4, 2022 | Parties disclose extrinsic evidence. The parties shall disclose any extrinsic evidence, including the identity of any expert witness they may rely upon with respect to claim construction or indefiniteness. With respect to any expert identified, the parties shall identify the scope of the topics for the witness's expected testimony. With respect to items of extrinsic evidence, the parties shall identify each such item by production number or produce a copy of any such item if not previously produced |
|  | November 14, 2022 | Deadline to meet and confer to narrow terms in dispute and exchange revised list of terms/constructions. |
| October 26, 2022 | November 21, 2022 | Joint Claim Construction Statement |
| November 9, 2022 | December 2, 2022 | Close of Claim Construction Discovery |
| December 14, 2022 | December 16, 2022 | Opening Claim Construction Brief |
| January 16, 2023 | January 16, 2023 | Reply Claim Construction Brief |
| February 21, 2023 | February 21, 2023 | Tutorial / Markman Hearing |

Please let us know if this schedule is acceptable.

Regards,

-Nick

Nick Kliewer, *Associate*
**PLATT CHEEMA RICHMOND PLLC**
nkliewer@pcrfirm.com

---

**From:** Phil Haack <phaack@martonribera.com>
**Sent:** Wednesday, October 5, 2022 4:47 PM
**To:** Nick Kliewer <nkliewer@pcrfirm.com>; Matt Acosta <macosta@pcrfirm.com>; Andrew Lin <alin@pcrfirm.com>; Xavier Bennett <xbennett@pcrfirm.com>; Laura Marczak <lmarczak@pcrfirm.com>
**Cc:** Ryan Marton <ryan@martonribera.com>; Darryl Adams <dadams@sgbfirm.com>
**Subject:** Zoho v. Liberty Peak Ventures - Terms for Construction

CAUTION: External Sender.

Counsel,

Please find attached Zoho's identification of terms requiring construction.

Best,
Phil

Phil Haack
Marton Ribera Schumann & Chang LLP
phil@martonribera.com | (415) 360-2517

NOTICE: This communication may contain confidential, privileged or attorney work product information for the sole use of the intended recipient. Because mistakes can happen, if you believe you are not the intended recipient please notify the sender and delete all copies of this communication, including any attachments. Marton Ribera Schumann & Chang LLP reserves and asserts all confidentiality rights and privileges regarding this communication.
NOTICE: This communication may contain confidential, privileged or attorney work product information for the sole use of the intended recipient. Because mistakes can happen, if you believe you are not the intended recipient please notify the sender and delete all copies of this communication, including any attachments. Marton Ribera Schumann & Chang LLP reserves and asserts all confidentiality rights and privileges regarding this communication.
NOTICE: This communication may contain confidential, privileged or attorney work product information for the sole use of the intended recipient. Because mistakes can happen, if you believe you are not the intended recipient please notify the sender and delete all copies of this communication, including any attachments. Marton Ribera Schumann & Chang LLP reserves and asserts all confidentiality rights and privileges regarding this communication.