IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ZOHO CORPORATION, | § | |
|    PLAINTIFF, | § | |
| | § | |
| V. | § | |
| | § | |
| LIBERTY PEAK VENTURES, LLC, | § | CAUSE NO. 1:22-CV-00037-LY |
|    DEFENDANT, | § | |
| | § | |
| V. | § | |
| | § | |
| ZOHO CORPORATION PVT. LTD., | § | |
|    THIRD-PARTY DEFENDANT. | § | |

**ORDER**

**IT IS ORDERED** that the above-referenced cause is **SET** for a hearing on Plaintiff and Third-Party Defendant's Opposed Motion for Leave to Supplement Invalidity Contentions of Zoho Corporation and Zoho Corporation Pvt. Ltd., filed October 21, 2022 (Doc. #22) on **Thursday, November 17, 2022, at 9:30 a.m.**, in Courtroom 7, Seventh Floor of the United States Courthouse, 501 West 5th Street, Austin, Texas 78701.

SIGNED this _____ day of November, 2022.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE