IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ZOHO CORPORATION,<br>    PLAINTIFF, | § § § | |
| V. | § § | |
| LIBERTY PEAK VENTURES, LLC,<br>    DEFENDANT, | § § § | CAUSE NO. 1:22-CV-00037-LY |
| V. | § § § | |
| ZOHO CORPORATION PVT. LTD.,<br>    THIRD-PARTY DEFENDANT. | § § § | |

FILED
NOV 17 2022
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

## ORDER

Before the court are: (1) Plaintiff and Third-Party Defendant's Opposed Motion for Leave to Supplement Invalidity Contentions of Zoho Corporation and Zoho Corporation Pvt. Ltd. (the "Motion for Leave"), filed October 21, 2022 (Doc. #22); (2) Defendant Liberty Peak Ventures, LLC's Response to Zoho Corporation and Zoho Corporation Pvt. Ltd.'s Opposed Motion for Leave to Supplement Invalidity Contentions of Zoho Corporation and Zoho Corporation Pvt., Ltd., filed November 4, 2022 (Doc. #23); and (3) Plaintiff and Third-Party Defendant's Reply in Support of Opposed Motion for Leave to Supplement Invalidity Contentions of Zoho Corporation and Zoho Corporation Pvt. Ltd., filed November 14, 2022 (Doc. #25).

On November 17, 2022, the court conducted a hearing on the Motion for Leave, filed October 21, 2022 (Doc. #22), at which counsel for both parties were present and presented argument. The court–having considered the motion, response, reply, and argument of counsel–concludes that, for substantially the reasons stated in open court, the Motion for Leave, filed October 21, 2022 (Doc. #22), should be granted.

**IT IS ORDERED** that the Motion for Leave, filed October 21, 2022 (Doc. #22), is **GRANTED**.

SIGNED this *17th* day of November, 2022.

                                          _____
                                          LEE YEAKEL
                                          UNITED STATES DISTRICT JUDGE