**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| ZOHO CORPORATION, § § § Plaintiff, § § v. § Civil Action No. 1:22-cv-37-LY § LIBERTY PEAK VENTURES, LLC, § § Defendant. § § § LIBERTY PEAK VENTURES, LLC, § § Counterclaimant, § § v. § § ZOHO CORPORATION, § § Counter-Defendant, § § and § § ZOHO CORPORATION PVT. LTD. § § Third-Party Defendant. § | |

**JOINT MOTION FOR LEAVE TO EXCEED PAGE LIMITS**
**FOR CLAIM CONSTRUCTION BRIEFS**

Defendant/Counterclaimant Liberty Peak Ventures, LLC and Plaintiff/Counter-Defendant Zoho Corporation Pvt. Ltd. and Third-Party Defendant Zoho Corporation (collectively, the "Parties"), by and through their respective counsel, jointly submit this Motion for Leave to Exceed Page Limits for Claim Construction Briefs.

The parties in this action are scheduled to submit opening claim construction briefs on January 6, 2023 and reply claim construction briefs on February 6, 2023. There are three patents

1

at issue in this litigation. To address all the issues that the parties have identified for claim construction, the parties agree that the page limit for the opening and responsive briefs should be increased to 25 pages.

Accordingly, the Parties request that the Court approve the attached Order granting this Motion to Exceed Page Limits for Claim Construction Briefing.

| | |
|---|---|
| Dated: January 5, 2023 | Respectfully submitted: |
| /s/ Matthew C. Acosta<br>Matthew C. Acosta<br>Texas Bar No. 24062577<br>macosta@pcrfirm.com<br>Andrew Lin<br>Texas Bar. No. 24092702<br>alin@pcrfirm.com<br>Nicholas C. Kliewer<br>Texas Bar No. 24083315<br>nkliewer@pcrfirm.com<br>**PLATT CHEEMA RICHMOND PLLC**<br>1201 N. Riverfront Blvd., Suite 150<br>Dallas, Texas 75207<br>214.559.2700 Main<br>214.559.4390 Fax<br><br>**COUNSEL FOR LIBERTY PEAK VENTURES, LLC** | /s/ Phillip J. Haack<br>Phillip J. Haack (admitted *pro hac vice*)<br>phaack@martonribera.com<br>Ryan Marton (admitted *pro hac vice*)<br>ryan@martonribera.com<br>**MARTON RIBERA SCHUMANN & CHAN LLP**<br>548 Market Street, Suite 36117<br>San Francisco, CA 94104<br>Telephone: (415) 360-2515<br><br>Darryl Adams<br>dadams@sgbfirm.com<br>**SLAYDEN GRUBERT BEARD PLLC**<br>401 Congress Ave., Ste. 1650<br>Austin, Texas 78701<br>Telephone: (512) 402-3550<br>Facsimile: (512) 402-6865<br><br>**COUNSEL FOR ZOHO CORPORATION AND ZOHO CORPORATION PVT. LTD.** |

## CERTIFICATE OF SERVICE

     I hereby certify that on January 5, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                        By:    */s/ Phillip J. Haack*
                                    Phillip J. Haack