UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| ZOHO CORPORATION, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 1:22-cv-37-LY |
| § | |
| LIBERTY PEAK VENTURES, LLC, § | |
| § | |
| Defendant. § | |
| § | |
| LIBERTY PEAK VENTURES, LLC, § | |
| § | |
| Counterclaimant, § | |
| § | |
| v. § | |
| § | |
| ZOHO CORPORATION, § | |
| § | |
| Counter-Defendant, § | |
| § | |
| and § | |
| § | |
| ZOHO CORPORATION PVT. LTD. § | |
| § | |
| Third-Party Defendant. § | |

## **ORDER**

Before the Court is the Joint Motion to Exceed Page Limits for Claim Construction Briefs. The Court is of the opinion that said Motion should be granted.

It is therefore ORDERED that the Joint Motion is GRANTED. The page limit for opening and reply claim construction briefs is set at 25 pages.

IT IS SO ORDERED.

1

SIGNED this \_\_\_\_ day of _____, 2022.

_____
HONORABLE LEE YEAKEL
UNITED STATES DISTRICT JUDGE