# Exhibit J

**Exhibit A**

**Infringement of U.S. Patent No. 9,373,122
by Zoho Corporation Pvt. Ltd. and Zoho Corporation**

Subject to ongoing discovery and investigation, Liberty Peak Ventures, LLC ("LPV") identifies the following accused instrumentality of Zoho Corporation Pvt. Ltd. and Zoho Corporation (collectively, "ZOHO"):

>Zoho Vault Applications.  This includes:
>Zoho Vault Password Manager & AutoFill setting
>Zoho Vault for (Windows, macOS, Android, and iOS device platforms)
>Zoho Vault Mobile – for iOS (iPhone, iPad, Apple Watch) and Android
>Zoho Vault Extensions for the browsers: Chrome, Firefox, Safari, Edge, Vivaldi, Brave
>Zoho Vault (Standard, Professional, and Enterprise versions)
>Zoho Applications that include Zoho Vault:
>>Wavebox Desktop App
>>Zoho Projects

LPV's identification of this accused instrumentality is based on publicly available information. LPV has not yet received any discovery from ZOHO. LPV reserves its right to seek discovery regarding other products and services offered by ZOHO, and to identify additional accused instrumentalities based on that discovery and further investigation.

Subject to ongoing discovery and investigation, LPV contends, pursuant to the Court's April 4, 2022 Order that each element of each infringed claim is found within each accused instrumentality as shown below:

| Claim Language | ZOHO Vault Applications |
|---|---|
| **1.** A method comprising: | Zoho provides software implementation of a method.<br><br>**What is a password management software?**<br><br>To facilitate and automate the password management best practices, individuals and businesses need software that can help them securely store, share, and manage passwords. They can also bolster the overall security, privacy, and productivity in their day-to-day operations.<br><br>- https://www.zoho.com/vault/enterprise-password-manager-guide.html |
| detecting, at a browser toolbar of a computer system, a request from a web service to obtain account information of an account holder, wherein the account information is usable to conduct a transaction with the account holder; | Zoho detects and automatically populates fields on a website with PayPal information ("account information") that is used to conduct, for example, a payment transaction.<br><br>**Source:** Zoho user on Google Chrome (performing PayPal transaction to obtain Netflix subscription)<br><br>- **Source:** Zoho user on Google Chrome (performing PayPal transaction to obtain Netflix subscription)<br>- https://www.zoho.com/vault/features/access-websites-with-a-single-click-browser-extension.html |

2

| Claim Language | ZOHO Vault Applications |
|---|---|
| sending, by the browser toolbar, a request for the account information to a secure database that stores the account information; | Zoho sends a request to access user account information that is stored securely in the cloud in an encrypted form. The Zoho app syncs with the cloud periodically to store a local version of the encrypted data.<br><br>**Browser Extension**<br><br>To make password management and logon seamless, Zoho Vault gives you the option to securely synchronize passwords across browsers using browser extensions. These extensions help you auto-fill passwords and automatically log in to websites. You can also add secrets to Zoho Vault directly from the extension whenever you use a new account in any web application. Once deployed, your browser extension will be able to perform most of your password management operations, with Zoho Vault running in the background.<br><br>**Vault** — Manage your passwords now.<br>Email<br>Password<br>It looks like you're in the **United States of America** based on your IP. Your data will be stored in the US data center. Change Country<br>Texas<br>☐ I agree to the Terms of Service and Privacy Policy.<br><br>**Compliance of datacenter co-location facilities**<br>US<br>Central Washington<br>SOC 1 TYPE II | SOC 2 TYPE II | HIPAA | PCI DSS<br>Dallas<br>SOC 1 TYPE II | SOC 2 TYPE II | SOC 3<br><br>Paypal<br>a▓▓▓▓@gmail.com<br>Exemplary encrypted account information in Zoho Vault<br><br>**Encryption In Transit**<br>When you use Zoho Services, your data travels over the internet from your browser to our data center or other third parties (while using third-party integrations). Encrypting data in transit protects your data from man-in-the-middle-attacks.<br>https://www.zoho.com/encryption.html<br><br>• https://www.zoho.com/vault/browser-extension.html<br>• https://www.zoho.com/vault/signup.html<br>• https://www.zoho.com/know-your-datacenter.html<br><br>• https://www.zoho.com/encryption.html<br>• https://www.zoho.com/vault/browser-extension.html<br>• https://www.zoho.com/vault/signup.html<br>• https://www.zoho.com/know-your-datacenter.html |

| Claim Language | ZOHO Vault Applications |
|---|---|
| decrypting, by the browser toolbar, encrypted data received from the secure database, wherein the encrypted data includes the account information, wherein the decrypting is performed using an encryption key maintained by the browser toolbar and inaccessible outside of the browser toolbar; | Zoho uses a locally generated and stored encryption key to decrypt user account data.<br><br>**Data Security and Privacy**<br><br>Zoho Vault leverages the host-proof-hosting technique, a secure, proven mechanism which has found wide acceptance after undergoing extensive testing by security experts. Host-proof-hosting is based on the idea of hosting sensitive data in an encrypted form to ensure clients can only access and manage their data using a master password which is never transmitted to the server. The server is limited to persisting and retrieving only the encrypted data the browser forwards it, and can never actually access the sensitive data in its plain form. All encryption and decryption takes place in the client side (browser).<br><br>All passwords and other sensitive data that users store in Zoho Vault remain completely private and can only be viewed by the respective user. All user data gets encrypted and decrypted in the browser with the user's Zoho Vault master password, and only the encrypted data gets stored in Zoho's servers. The user's master password is never stored anywhere by Zoho Vault, meaning even Zoho can never access your data.<br><br>"Master password" is used to encrypt/decrypt a local encryption key that is used to decrypt user account data.<br><br>When users in your organization sign up with Zoho Vault, an RSA Public-Private Key pair is generated for each of them. The user's private key is encrypted using their master password and stored in Zoho Vault's database.<br><br>When the user tries to share a password, the user's private key (stored in encrypted form in the database) is retrieved and decrypted using the user's master password. The encrypted Org Key that the administrator has shared with the user is then retrieved. The encrypted org key is decrypted using the user's Private Key. The password to be shared is now encrypted using the Org Key.<br><br>Local, device level decryption of user account data<br><br>**Password Sharing - Flow of Events**<br><br>Let's use an example. Assume a user John is the admin in the organization and he wants to share one of his existing passwords with, say, five other org users, Maria, Jason, Tracy, Roger, and Amanda.<br><br>* Because the password being shared is owned by John, it is stored in Zoho Vault after being encrypted using John's master password<br>* When sharing is initiated, the password is decrypted using John's master password<br><br>**How do the users retrieve this password?**<br><br>* The users decrypt their respective RSA private keys using their respective master passwords<br><br>https://www.zoho.com/vault/security.html<br><br>- https://www.zoho.com/vault/security.html |

| Claim Language | ZOHO Vault Applications |
|---|---|
| securely storing the account information at the browser toolbar; and | The decrypted/raw user data ("account information") is stored in the temporary memory (RAM) as a CPU process memory.<br><br>- **Source:** Zoho user on Google Chrome<br>- https://www.zoho.com/vault/browser-extension.html<br>- https://www.osti.gov/servlets/purl/1257179 |

| **Claim Language** | **ZOHO Vault Applications** |
|---|---|
| removing the stored account information from the browser toolbar after completion of the transaction. | Raw account information is only available in Zoho until the transaction is complete, otherwise only the encrypted data is stored.<br><br>- Decrypted user data (PayPal login credentials) – only available until the transaction is complete.<br>- The decrypted/raw user data is removed from the temporary memory as soon as the transaction (CPU process) is over.<br><br>*Source:* Zoho user on Google Chrome<br><br>All passwords and other sensitive data that users store in Zoho Vault remain completely private and can only be viewed by the respective user. All user data gets encrypted and decrypted in the browser with the user's Zoho Vault master password, and only the encrypted data gets stored in Zoho's servers. The user's master password is never stored anywhere by Zoho Vault, meaning even Zoho can never access your data.<br><br>https://www.zoho.com/vault/security.html<br><br>- **Source:** Zoho user on Google Chrome<br>- https://www.zoho.com/vault/security.html |

| Claim Language | ZOHO Vault Applications |
|---|---|
| **2.** The method of claim 1, wherein the detecting includes analyzing, by the browser toolbar, content of the web service to detect the request. | The Zoho Vault browser application can detect and analyze fields in a webform and fill them out with the appropriate user information. For example, it can tell if a field is asking for the user's name, email address, or password, and fill in that information accordingly without user's intervention.<br><br>*Zoho Vault automatically fills appropriate fields with user information*<br><br>§ **Auto Fill:** If you are on the log-in page of a website or application and the related credentials have already been stored in Zoho Vault, you can just click the 'Auto Fill' button and then manually submit for auto-logon. Alternatively, if you right-click in the login page of any website whose credentials have already been stored with Zoho Vault, you will see Zoho Vault icon, which will show the list of passwords related to that site. You can click that and it will auto fill details.<br><br>§ You also have an option to copy usernames and passwords, so you can paste in some other place as required. Moreover, your passwords and related data are automatically synchronized every time you log in to the browser extension.<br><br>- https://help.zoho.com/portal/en/kb/vault/user-guide/articles/vault-auto-log-in-to-websites#Using_the_Z-icon_from_the_login_fields<br>- https://www.zoho.com/blog/vault/introducing-zoho-vault-browser-extensions-for-on-site-password-management.html<br><br>- https://help.zoho.com/portal/en/kb/vault/user-guide/articles/vault-auto-log-in-to-websites#Using_the_Z-icon_from_the_login_fields<br>- https://www.zoho.com/blog/vault/introducing-zoho-vault-browser-extensions-for-on-site-password-management.html |

| Claim Language | ZOHO Vault Applications |
|---|---|
| **3.** The method of claim 1, further comprising: authenticating, via the browser toolbar, the account holder prior to sending the request for the account information. | Zoho Vault requires a user to sign in before it will allow access to any account information stored on its servers. This ensures that only authorized users ("account holder") can access sensitive user data.<br><br>https://accounts.zoho.com/signin?servicename=ZohoVault&signupurl=https://www.zoho.com/vault/signup.html&serviceurl=https://vault.zoho.com<br><br>- https://accounts.zoho.com/signin?servicename=ZohoVault&signupurl=https://www.zoho.com/vault/signup.html&serviceurl=https://vault.zoho.com |

| Claim Language | ZOHO Vault Applications |
|---|---|
| | Zoho Browser application asks for the master password before accessing the menu of saved passwords.<br><br><br><br>- **Source:** Zoho user on Google Chrome |

| Claim Language | ZOHO Vault Applications |
|---|---|
| **5.** The method of claim 1, wherein the removing is in response to closing a browser session with the web service. | Additionally, users have the option to end their browser session once they have completed a transaction. If a browser session connected to a web service is ended, the data will no longer be accessible in its unencrypted form.<br><br>- https://www.zoho.com/vault/security.html<br>- https://www.zoho.com/blog/vault/introducing-zoho-vault-browser-extensions-for-on-site-password-management.html<br><br>- **Source:** Zoho user on Google Chrome<br>- https://www.zoho.com/vault/security.html<br>- https://www.zoho.com/blog/vault/introducing-zoho-vault-browser-extensions-for-on-site-password-management.html |

10

| Claim Language | ZOHO Vault Applications |
|---|---|
| **6.** The method of claim 1, further comprising: providing, via the browser toolbar, the stored account information to the web service in response to the detected request. | Zoho Vault automatically populates fields on a website with user account information (e.g., PayPal login information) in response to detected request.<br><br>Source: Zoho user on Google Chrome (performing PayPal transaction to obtain Netflix subscription)<br>https://www.zoho.com/vault/features/access-websites-with-a-single-click-browser-extension.html<br><br>- **Source:** Zoho user on Google Chrome (performing PayPal transaction to obtain Netflix subscription)<br>- https://www.zoho.com/vault/features/access-websites-with-a-single-click-browser-extension.html |

| Claim Language | ZOHO Vault Applications |
|---|---|
| **7.** The method of claim 1, further comprising: generating, via the browser toolbar, an encryption key pair, wherein the encryption key pair includes a public encryption key that corresponds to the encryption key. | Zoho Vault browser application generates an RSA Public-Private key pair.<br><br>The "Private Key" is the key used to decrypt a user's account information. The "Public Key" is generated as a pair with the "Private Key" and corresponds to it.<br><br>- https://www.zoho.com/vault/security.html<br>- https://www.zoho.com/sites/default/files/zoho-vault-security-specifications.pdf |
| **15.** A non-transitory computer readable medium having instructions stored thereon that are executable by a computer | *ZOHO makes, uses, sells, offers for sale, and imports the Zoho Vault Applications via a non-transitory computer readable medium having instructions stored thereon that are executable by a computer system to cause the computer system to perform operations comprising the following.*<br><br>*The same evidence that supports claim 1 also applies to claim 15.* |

| Claim Language | ZOHO Vault Applications |
|---|---|
| system to cause the computer system to perform operations comprising: | |
| determining, at a browser toolbar, that a request for account information has been received from a web service, wherein the account information is usable to conduct a transaction with an account holder; | *The same evidence that supports claim 1 also applies to claim 15.* |
| sending, via the browser toolbar, a request for the account information to a secure remote database; | *The same evidence that supports claim 1 also applies to claim 15.* |
| decrypting, at the browser toolbar, encrypted data received from the remote database to obtain the account information, wherein the decrypting is performed using an encryption key generated by the browser toolbar; | *The same evidence that supports claim 1 also applies to claim 15.* |

| Claim Language | ZOHO Vault Applications |
|---|---|
| providing the account information to the web service to initiate the transaction; and | Zoho Vault provides user's login information for PayPal in order to initiate a payment transaction and obtain a Netflix subscription.<br><br><br><br>- **Source:** Zoho user on Google Chrome (performing PayPal transaction to obtain Netflix subscription) |

| Claim Language | ZOHO Vault Applications |
|---|---|
| removing the account information from the computer system after providing the account information to the web service. | Zoho Vault does not store user's sensitive data unencrypted and removes it once a transaction is complete.<br><br>As shown below, user's PayPal information is not available in unencrypted form once the user logs into PayPal successfully.<br><br>Source: Zoho user on Google Chrome (performing PayPal transaction to obtain Netflix subscription)<br><br>holding passwords and other sensitive data as JavaScript variables (which cannot be accessed by any external application or other extensions),<br><br>- **Source:** Zoho user on Google Chrome (performing PayPal transaction to obtain Netflix subscription) |

| Claim Language | ZOHO Vault Applications |
|---|---|
| **16.** The non-transitory computer readable medium of claim 15, wherein the determining includes analyzing, by the browser toolbar, web service content to detect the request from the web service. | The Zoho Vault browser application can detect and analyze fields in a webform and fill them out with the appropriate user information. For example, it can tell if a field is asking for the user's name, email address, or password, and fill in that information accordingly without user's intervention.<br><br>*Zoho Vault automatically fills appropriate fields with user information*<br><br>§ **Auto Fill:** If you are on the log-in page of a website or application and the related credentials have already been stored in Zoho Vault, you can just click the 'Auto Fill' button and then manually submit for auto-logon. Alternatively, if you right-click in the login page of any website whose credentials have already been stored with Zoho Vault, you will see Zoho Vault icon, which will show the list of passwords related to that site. You can click that and it will auto fill details.<br><br>§ You also have an option to copy usernames and passwords, so you can paste in some other place as required. Moreover, your passwords and related data are automatically synchronized every time you log in to the browser extension.<br><br>• https://help.zoho.com/portal/en/kb/vault/user-guide/articles/vault-auto-log-in-to-websites#Using_the_Z-icon_from_the_login_fields<br>• https://www.zoho.com/blog/vault/introducing-zoho-vault-browser-extensions-for-on-site-password-management.html<br><br>- https://help.zoho.com/portal/en/kb/vault/user-guide/articles/vault-auto-log-in-to-websites#Using_the_Z-icon_from_the_login_fields<br>- https://www.zoho.com/blog/vault/introducing-zoho-vault-browser-extensions-for-on-site-password-management.html |

| Claim Language | ZOHO Vault Applications |
|---|---|
| **17.** The non-transitory computer readable medium of claim 15, wherein the removing is performed in response to completion of the transaction. | Zoho Vault does not store user's sensitive data unencrypted and removes it once a transaction is complete.<br><br>As shown below, user's PayPal information is not available in unencrypted form once the user logs into PayPal successfully.<br><br><br><br>- **Source:** Zoho user on Google Chrome (performing PayPal transaction to obtain Netflix subscription)<br>- https://www.zoho.com/blog/vault/introducing-zoho-vault-browser-extensions-for-on-site-password-management.html |

| Claim Language | ZOHO Vault Applications |
|---|---|
| **20.** The non-transitory computer readable medium of claim 15, wherein the operations further comprise: authenticating the account holder prior to sending the request to the secure remote database. | Zoho Vault requires a user to sign in before it will allow access to any account information stored on its servers. This ensures that only authorized users ("account holder") can access sensitive user data.<br><br>• https://accounts.zoho.com/signin?servicename=ZohoVault&signupurl=https://www.zoho.com/vault/signup.html&serviceurl=https://vault.zoho.com |