# Exhibit K

"... the best introduction to cryptography I've ever seen.... The book the National Security Agency wanted never to be published...."
—*Wired* magazine

MORE THAN 100,000 COPIES SOLD

SECOND EDITION

# APPLIED CRYPTOGRAPHY



Protocols, Algorithms, and Source Code in C

**BRUCE SCHNEIER**

# APPLIED CRYPTOGRAPHY, SECOND EDITION

PROTOCOLS, ALGORITHMS, AND SOURCE CODE IN C

BRUCE SCHNEIER



John Wiley & Sons, Inc.
New York • Chichester • Brisbane • Toronto • Singapore

Publisher: Katherine Schowalter
Editor: Phil Sutherland
Assistant Editor: Allison Roarty
Managing Editor: Robert Aronds
Text Design & Composition: North Market Street Graphics

Designations used by companies to distinguish their products are often claimed as trademarks. In all instances where John Wiley & Sons, Inc. is aware of a claim, the product names appear in initial capital or all capital letters. Readers, however, should contact the appropriate companies for more complete information regarding trademarks and registration.

This text is printed on acid-free paper.

Copyright © 1996 by Bruce Schneier
Published by John Wiley & Sons, Inc.

All rights reserved. Published simultaneously in Canada.

This publication is designed to provide accurate and authoritative information in regard to the subject matter covered. It is sold with the understanding that the publisher is not engaged in rendering legal, accounting, or other professional service. If legal advice or other expert assistance is required, the services of a competent professional person should be sought.

In no event will the publisher or author be liable for any consequential, incidental, or indirect damages (including damages for loss of business profits, business interruption, loss of business information, and the like) arising from the use or inability to use the protocols and algorithms in this book, even if the publisher or author has been advised of the possibility of such damages.

Some of the protocols and algorithms in this book are protected by patents and copyrights. It is the responsibility of the reader to obtain all necessary patent and copyright licenses before implementing in software any protocol or algorithm in this book. This book does not contain an exhaustive list of all applicable patents and copyrights.

Some of the protocols and algorithms in this book are regulated under the United States Department of State International Traffic in Arms Regulations. It is the responsibility of the reader to obtain all necessary export licenses before implementing in software for export any protocol or algorithm in this book.

Reproduction or translation of any part of this work beyond that permitted by section 107 or 108 of the 1976 United States Copyright Act without the permission of the copyright owner is unlawful. Requests for permission or further information should be addressed to the Permissions Department, John Wiley & Sons, Inc.

*Library of Congress Cataloging-in-Publication Data:*

Schneier, Bruce
    Applied Cryptography Second Edition : protocols, algorithms, and source code in C
  / Bruce Schneier.
        p.    cm.
    Includes bibliographical references (p. 675).
    ISBN 0-471-12845-7 (cloth : acid-free paper). — ISBN
0-471-11709-9 (paper : acid-free paper)
    1. Computer security.   2. Telecommunication—Security measures.
3. Cryptography.   I. Title.
QA76.9.A25S35     1996
005.8'2—dc20
                                                                         95-12398
                                                                         CIP

Printed in the United States of America
10 9 8 7

# CHAPTER 1

# Foundations

## 1.1 Terminology

### Sender and Receiver

Suppose a sender wants to send a message to a receiver. Moreover, this sender wants to send the message securely: She wants to make sure an eavesdropper cannot read the message.

### Messages and Encryption

A message is **plaintext** (sometimes called cleartext). The process of disguising a message in such a way as to hide its substance is **encryption**. An encrypted message is **ciphertext**. The process of turning ciphertext back into plaintext is **decryption**. This is all shown in Figure 1.1.

(If you want to follow the ISO 7498-2 standard, use the terms "encipher" and "decipher." It seems that some cultures find the terms "encrypt" and "decrypt" offensive, as they refer to dead bodies.)

The art and science of keeping messages secure is **cryptography**, and it is practiced by **cryptographers**. **Cryptanalysts** are practitioners of **cryptanalysis**, the art and science of breaking ciphertext; that is, seeing through the disguise. The branch of mathematics encompassing both cryptography and cryptanalysis is **cryptology** and its practitioners are **cryptologists**. Modern cryptologists are generally trained in theoretical mathematics—they have to be.



Figure 1.1  Encryption and Decryption.

Plaintext is denoted by M, for message, or P, for plaintext. It can be a stream of bits, a text file, a bitmap, a stream of digitized voice, a digital video image . . . whatever. As far as a computer is concerned, M is simply binary data. (After this chapter, this book concerns itself with binary data and computer cryptography.) The plaintext can be intended for either transmission or storage. In any case, M is the message to be encrypted.

Ciphertext is denoted by C. It is also binary data: sometimes the same size as M, sometimes larger. (By combining encryption with compression, C may be smaller than M. However, encryption does not accomplish this.) The encryption function E, operates on M to produce C. Or, in mathematical notation:

$$E(M) = C$$

In the reverse process, the decryption function D operates on C to produce M:

$$D(C) = M$$

Since the whole point of encrypting and then decrypting a message is to recover the original plaintext, the following identity must hold true:

$$D(E(M)) = M$$

**Authentication, Integrity, and Nonrepudiation**

In addition to providing confidentiality, cryptography is often asked to do other jobs:

— **Authentication.** It should be possible for the receiver of a message to ascertain its origin; an intruder should not be able to masquerade as someone else.

— **Integrity.** It should be possible for the receiver of a message to verify that it has not been modified in transit; an intruder should not be able to substitute a false message for a legitimate one.

— **Nonrepudiation.** A sender should not be able to falsely deny later that he sent a message.

These are vital requirements for social interaction on computers, and are analogous to face-to-face interactions. That someone is who he says he is . . . that someone's credentials—whether a driver's license, a medical degree, or a passport—are valid . . . that a document purporting to come from a person actually came from that person. . . . These are the things that authentication, integrity, and nonrepudiation provide.

**Algorithms and Keys**

A **cryptographic algorithm**, also called a **cipher**, is the mathematical function used for encryption and decryption. (Generally, there are two related functions: one for encryption and the other for decryption.)

If the security of an algorithm is based on keeping the way that algorithm works a secret, it is a **restricted** algorithm. Restricted algorithms have historical interest, but are woefully inadequate by today's standards. A large or changing group of users cannot use them, because every time a user leaves the group everyone else must switch to a different algorithm. If someone accidentally reveals the secret, everyone must change their algorithm.

Even more damning, restricted algorithms allow no quality control or standardization. Every group of users must have their own unique algorithm. Such a group can't use off-the-shelf hardware or software products; an eavesdropper can buy the same product and learn the algorithm. They have to write their own algorithms and implementations. If no one in the group is a good cryptographer, then they won't know if they have a secure algorithm.

Despite these major drawbacks, restricted algorithms are enormously popular for low-security applications. Users either don't realize or don't care about the security problems inherent in their system.

Modern cryptography solves this problem with a **key**, denoted by $K$. This key might be any one of a large number of values. The range of possible values of the key is called the **keyspace**. Both the encryption and decryption operations use this key (i.e., they are dependent on the key and this fact is denoted by the $K$ subscript), so the functions now become:

$$E_K(M) = C$$
$$D_K(C) = M$$

Those functions have the property that (see Figure 1.2):

$$D_K(E_K(M)) = M$$

Some algorithms use a different encryption key and decryption key (see Figure 1.3). That is, the encryption key, $K_1$, is different from the corresponding decryption key, $K_2$. In this case:

$$E_{K_1}(M) = C$$
$$D_{K_2}(C) = M$$
$$D_{K_2}(E_{K_1}(M)) = M$$

All of the security in these algorithms is based in the key (or keys); none is based in the details of the algorithm. This means that the algorithm can be published and analyzed. Products using the algorithm can be mass-produced. It doesn't matter if an



Figure 1.2   Encryption and decryption with a key.



Figure 1.3  Encryption and decryption with two different keys.

eavesdropper knows your algorithm; if she doesn't know your particular key, she can't read your messages.

A **cryptosystem** is an algorithm, plus all possible plaintexts, ciphertexts, and keys.

### Symmetric Algorithms

There are two general types of key-based algorithms: symmetric and public-key. **Symmetric algorithms**, sometimes called conventional algorithms, are algorithms where the encryption key can be calculated from the decryption key and vice versa. In most symmetric algorithms, the encryption key and the decryption key are the same. These algorithms, also called secret-key algorithms, single-key algorithms, or one-key algorithms, require that the sender and receiver agree on a key before they can communicate securely. The security of a symmetric algorithm rests in the key; divulging the key means that anyone could encrypt and decrypt messages. As long as the communication needs to remain secret, the key must remain secret.

Encryption and decryption with a symmetric algorithm are denoted by:

$$E_K(M) = C$$
$$D_K(C) = M$$

Symmetric algorithms can be divided into two categories. Some operate on the plaintext a single bit (or sometimes byte) at a time; these are called **stream algorithms** or **stream ciphers**. Others operate on the plaintext in groups of bits. The groups of bits are called **blocks**, and the algorithms are called **block algorithms** or **block ciphers**. For modern computer algorithms, a typical block size is 64 bits—large enough to preclude analysis and small enough to be workable. (Before computers, algorithms generally operated on plaintext one character at a time. You can think of this as a stream algorithm operating on a stream of characters.)

### Public-Key Algorithms

**Public-key algorithms** (also called asymmetric algorithms) are designed so that the key used for encryption is different from the key used for decryption. Furthermore, the decryption key cannot (at least in any reasonable amount of time) be calculated from the encryption key. The algorithms are called "public-key" because the encryption key can be made public: A complete stranger can use the encryption key to encrypt a message, but only a specific person with the corresponding decryp-

tion key can decrypt the message. In these systems, the encryption key is often called the **public key**, and the decryption key is often called the **private key**. The private key is sometimes also called the secret key, but to avoid confusion with symmetric algorithms, that tag won't be used here.

Encryption using public key $K$ is denoted by:

$$E_K(M) = C$$

Even though the public key and private key are different, decryption with the corresponding private key is denoted by:

$$D_K(C) = M$$

Sometimes, messages will be encrypted with the private key and decrypted with the public key; this is used in digital signatures (see Section 2.6). Despite the possible confusion, these operations are denoted by, respectively:

$$E_K(M) = C$$
$$D_K(C) = M$$

**Cryptanalysis**

The whole point of cryptography is to keep the plaintext (or the key, or both) secret from eavesdroppers (also called adversaries, attackers, interceptors, interlopers, intruders, opponents, or simply the enemy). Eavesdroppers are assumed to have complete access to the communications between the sender and receiver.

Cryptanalysis is the science of recovering the plaintext of a message without access to the key. Successful cryptanalysis may recover the plaintext or the key. It also may find weaknesses in a cryptosystem that eventually lead to the previous results. (The loss of a key through noncryptanalytic means is called a **compromise**.)

An attempted cryptanalysis is called an **attack**. A fundamental assumption in cryptanalysis, first enunciated by the Dutchman A. Kerckhoffs in the nineteenth century, is that the secrecy must reside entirely in the key [794]. Kerckhoffs assumes that the cryptanalyst has complete details of the cryptographic algorithm and implementation. (Of course, one would assume that the CIA does not make a habit of telling Mossad about its cryptographic algorithms, but Mossad probably finds out anyway.) While real-world cryptanalysts don't always have such detailed information, it's a good assumption to make. If others can't break an algorithm, even with knowledge of how it works, then they certainly won't be able to break it without that knowledge.

There are four general types of cryptanalytic attacks. Of course, each of them assumes that the cryptanalyst has complete knowledge of the encryption algorithm used:

> 1. **Ciphertext-only attack**. The cryptanalyst has the ciphertext of several messages, all of which have been encrypted using the same encryption algorithm. The cryptanalyst's job is to recover the plaintext of as many messages as possible, or better yet to deduce the key (or keys) used to

Think of it as a way of fingerprinting files. If you want to verify that someone has a particular file (that you also have), but you don't want him to send it to you, then ask him for the hash value. If he sends you the correct hash value, then it is almost certain that he has that file. This is particularly useful in financial transactions, where you don't want a withdrawal of $100 to turn into a withdrawal of $1000 somewhere in the network. Normally, you would use a one-way hash function without a key, so that anyone can verify the hash. If you want only the recipient to be able to verify the hash, then read the next section.

### Message Authentication Codes

A **message authentication code** (MAC), also known as a data authentication code (DAC), is a one-way hash function with the addition of a secret key (see Section 18.14). The hash value is a function of both the pre-image and the key. The theory is exactly the same as hash functions, except only someone with the key can verify the hash value. You can create a MAC out of a hash function or a block encryption algorithm; there are also dedicated MACs.

## 2.5 COMMUNICATIONS USING PUBLIC-KEY CRYPTOGRAPHY

Think of a symmetric algorithm as a safe. The key is the combination. Someone with the combination can open the safe, put a document inside, and close it again. Someone else with the combination can open the safe and take the document out. Anyone without the combination is forced to learn safecracking.

In 1976, Whitfield Diffie and Martin Hellman changed that paradigm of cryptography forever [496]. (The NSA has claimed knowledge of the concept as early as 1966, but has offered no proof.) They described **public-key cryptography**. They used two different keys—one public and the other private. It is computationally hard to deduce the private key from the public key. Anyone with the public key can encrypt a message but not decrypt it. Only the person with the private key can decrypt the message. It is as if someone turned the cryptographic safe into a mailbox. Putting mail in the mailbox is analogous to encrypting with the public key; anyone can do it. Just open the slot and drop it in. Getting mail out of a mailbox is analogous to decrypting with the private key. Generally it's hard; you need welding torches. However, if you have the secret (the physical key to the mailbox), it's easy to get mail out of a mailbox.

Mathematically, the process is based on the trap-door one-way functions previously discussed. Encryption is the easy direction. Instructions for encryption are the public key; anyone can encrypt a message. Decryption is the hard direction. It's made hard enough that people with Cray computers and thousands (even millions) of years couldn't decrypt the message without the secret. The secret, or trapdoor, is the private key. With that secret, decryption is as easy as encryption.

This is how Alice can send a message to Bob using public-key cryptography:

(1) Alice and Bob agree on a public-key cryptosystem.

(2) Bob sends Alice his public key.
(3) Alice encrypts her message using Bob's public key and sends it to Bob.
(4) Bob decrypts Alice's message using his private key.

Notice how public-key cryptography solves the key-management problem with symmetric cryptosystems. Before, Alice and Bob had to agree on a key in secret. Alice could choose one at random, but she still had to get it to Bob. She could hand it to him sometime beforehand, but that requires foresight. She could send it to him by secure courier, but that takes time. Public-key cryptography makes it easy. With no prior arrangements, Alice can send a secure message to Bob. Eve, listening in on the entire exchange, has Bob's public key and a message encrypted in that key, but cannot recover either Bob's private key or the message.

More commonly, a network of users agrees on a public-key cryptosystem. Every user has his or her own public key and private key, and the public keys are all published in a database somewhere. Now the protocol is even easier:

(1) Alice gets Bob's public key from the database.
(2) Alice encrypts her message using Bob's public key and sends it to Bob.
(3) Bob then decrypts Alice's message using his private key.

In the first protocol, Bob had to send Alice his public key before she could send him a message. The second protocol is more like traditional mail. Bob is not involved in the protocol until he wants to read his message.

### Hybrid Cryptosystems

The first public-key algorithms became public at the same time that DES was being discussed as a proposed standard. This resulted in some partisan politics in the cryptographic community. As Diffie described it [494]:

> The excitement public key cryptosystems provoked in the popular and scientific press was not matched by corresponding acceptance in the cryptographic establishment, however. In the same year that public key cryptography was discovered, the National Security Agency (NSA), proposed a conventional cryptographic system, designed by International Business Machines (IBM), as a federal Data Encryption Standard (DES). Marty Hellman and I criticized the proposal on the ground that its key was too small, but manufacturers were gearing up to support the proposed standard and our criticism was seen by many as an attempt to disrupt the standards-making process to the advantage of our own work. Public key cryptography in its turn was attacked, in sales literature [1125] and technical papers [849,1159] alike, more as though it were a competing product than a recent research discovery. This, however, did not deter the NSA from claiming its share of the credit. Its director, in the words of the Encyclopedia Britannica [1461], pointed out that "two-key cryptography had been discovered at the agency a decade earlier," although no evidence for this claim was ever offered publicly.