# Exhibit L



United States - English    Microsoft.com    Welcome | Sign in

MSDN Home    Developer Centers

Search MSDN with Live Search

## Internet Explorer Developer Center

Home | Library | Learn | Downloads | Support | Community

Printer Friendly Version    Send    Add Content...

[+] MSDN Library

MSDN ▸ MSDN Library ▸ Web Development ▸
Internet Explorer Development ▸ Browser Extensions ▸

Click to Rate and Give Feedback

# Browser Extensions

Browser extensions, introduced in Microsoft Internet Explorer 5, allow developers to add functionality to the browser and enhance the user interface in a way that is not directly related to the viewable content of Web pages. This class of extensibility includes add-on functionality that users might install to enhance their browsing experience.

- **Shortcut menu extensions.** It is possible to extend Windows Internet Explorer by adding options to the shortcut menu. This is accomplished by adding registry keys that link the menu command to the task to be performed. For more information, see Adding Entries to the Standard Context Menu.

- **Toolbars.** Custom toolbars complement Internet Explorer's standard toolbars. An example is the MSN Toolbar. For more information, see Creating Custom Explorer Bars, Tool Bands, and Desk Bands.

- **Explorer Bars.** Use Explorer Bars to reserve part of the browser window, either the side or the bottom of the browser window. For more information, see Creating Custom Explorer Bars, Tool Bands, and Desk Bands.

- **Browser Helper Objects.** A Browser Helper Object (BHO) runs within Internet Explorer and offers additional services, often without any obvious user interface. For example, a BHO might highlight terms of interest to the user, such as addresses. For more information, see Browser Helper Objects: The Browser the Way You Want It.

## Overviews/Tutorials

### About Browser Extensions
Browser extensions allow developers to provide easy access to their browser enhancements by adding elements (like an Explorer Bar) to the default user interface. Introduced in Internet Explorer 4.0, this feature enables developers to create Explorer Bars and add entries into the standard context menus. Beginning with Internet Explorer 5, this feature allows