# Exhibit M



# Internet Explorer Architecture

Windows Internet Explorer's modular architecture enables developers to reuse some of its components as well as extend and enhance the browser's functionality. Examples of extensions to Internet Explorer include custom shortcut menus, browser toolbars, Microsoft ActiveX controls, Active documents, and binary behaviors. It is important to understand the architecture and the available extension mechanisms to enure you use the one most appropriate for your application needs.

As Internet Explorer's component architecture is based on Component Object Model (COM), there are many different ways to extend its capabilities. These can be broken down into three broad categories of extensions, as follows:

- Browser Extensions. This category of end-user extensions adds additional functionality to Internet Explorer content. It includes features such as shortcut menu extensions, custom toolbars, Explorer Bars, and Browser Helper Objects (BHOs).

- Content Extensions. These extend the types of content that can be parsed and displayed; their use depends on the content being loaded into the browser. This category includes ActiveX Controls and active documents.

- Hosting and Reuse. By hosting and reusing the Internet Explorer components as part of your own application, you can build your own browser or add rich rendering and Internet capabilities.

## Topics

**About My Pictures Photo Support**
Obsolete. My Pictures is a simple feature that allows users to more easily save, print, and e-mail images found in web pages, without having to right-click the image. The My Pictures user interface is a small set of common buttons that appear in a hovering toolbar when a user mouses over an image.

**Adjusting Scale for Higher DPI Screens**
To improve the browsing experience for users with higher-resolution systems, Microsoft Internet Explorer 6 and later can automatically adjust the scale of the display.