# Exhibit N

The Wayback Machine - https://web.archive.org/web/20081111122513/https://developer.mozilla.org/en/...



[MDC](#) / [Main Page](#) / Extensions

Table of contents

1. [Documentation](#)
2. [Community](#)
3. [Tools](#)
4. [Related Topics](#)

# Extensions

**Extensions** add new functionality to Mozilla applications such as Firefox, SeaMonkey and Thunderbird. They can add anything from a toolbar button to a completely new feature. They allow the application to be customized to fit the personal needs of each user if they need additional features, while keeping the applications small to download.

Extensions are different from [plugins](#), which help the browser display specific content like playing multimedia files. Extensions are also different from [search plugins](#), which plug additional search engines in the search bar.

## [Documentation](#)

### [Building an Extension](#)
Explains step by step how to build an extension for Firefox.

### [Extension Frequently Asked Questions](#)
Common questions and answers about extension development.

### [Setting up extension development environment](#)
A few essential setup tips that make extension development easier.

### [Extension Packaging](#)
How to package your Firefox extension for

## Community

- View Mozilla forums...

- ○ [as a mailing list](#)
  ○ [as a newsgroup](#)
  ○ [as a Google Group](#)
  ○ [as a Web feed](#)

- [#extdev IRC channel](#)
- [MozillaZine forum](#)

    downloading and installation.

### [Creating Custom Firefox Extensions with the Mozilla Build System](#)

    How to set up the build environment for an extension that makes use of binary components.

### [Code snippets](#)

    Code commonly used by many extensions. See also articles in [Category:Extensions](#) for more examples.

### [Installing extensions](#)

    How to programmatically install extensions.

### [Updating extensions for Firefox 3](#)

    Lists the known changes in Firefox 3 that affect extensions with pointers to the relevant documentation.

### [Updating extensions for Firefox 3.1](#)

    Lists the known changes in Firefox 3 that affect extensions with pointers to the relevant documentation.

### [Updating extensions for SeaMonkey 2.0](#)

    Details the changes necessary to get your Firefox, Thunderbird, or SeaMonkey 1.x extension working in SeaMonkey 2.0.

### [Submitting an add-on to AMO](#)

    How to distribute your add-on using the AMO web site.

[View All…](#)

- [about:addons newsletter](#)
- [Mozilla's Web-Tech blog](#)
- [mozdev project owners](#)
- [Planet Mozilla](#)
- [Other community links…](#)

## Tools

- [Extension Developer's Extension](#) - combines many essential developer utilities
- [DOM Inspector](#) - inspect the chrome DOM Tree
- [Venkman](#) - a JavaScript debugger
- [Extension Wizard](#) - generates an extension skeleton
- [Spket IDE](#) - IDE for Extension development
- [MozRepl](#) - Connect to Firefox and other Mozilla apps, explore and modify them from the inside, while they're running
- [JavaScript Shells](#) - test snippets of JavaScript

[View All…](#)

## Related Topics

    [XUL](#), [JavaScript](#), [XPCOM](#), [Themes](#), [Developing Mozilla](#)

Retrieved from "[https://developer.mozilla.org/En/Extensions](#)"

## Languages

Deutsch, Español, Français, Italiano, Polski, Português, Русский, 한국어, 中文 (中国), 中文 (台湾), 日本語

Page last modified 15:13, 8 Nov 2008 by Philip Chee?

**Tags:**   Add-ons, Extensions

---

# Files (0)