# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| ZOHO CORPORATION, § § <br> Plaintiff, § § <br> v. § Civil Action No. 1:22-cv-37-LY <br> § <br> LIBERTY PEAK VENTURES, LLC, § § <br> Defendant. § § <br> § <br> LIBERTY PEAK VENTURES, LLC, § § <br> Counterclaimant, § § <br> v. § § <br> ZOHO CORPORATION, § § <br> Counter-Defendant, § § <br> and § § <br> ZOHO CORPORATION PVT. LTD. § § <br> Third-Party Defendant. § | |

**FILED**
JAN 9 2023
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

## ORDER

Before the Court is the Joint Motion to Exceed Page Limits for Claim Construction Briefs. The Court is of the opinion that said Motion should be granted.

It is therefore ORDERED that the Joint Motion is GRANTED. The page limit for opening and reply claim construction briefs is set at 25 pages.

IT IS SO ORDERED.

SIGNED this 9th day of January, 2023.

_____
HONORABLE LEE YEAKEL
UNITED STATES DISTRICT JUDGE