UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| ZOHO CORPORATION, | § |
| Plaintiff, | § |
| v. | § Civil Action No. 1:22-cv-37-LY |
| LIBERTY PEAK VENTURES, LLC, | § JURY DEMANDED |
| Defendant. | § |
| LIBERTY PEAK VENTURES, LLC, | § |
| Counterclaimant, | § |
| v. | § |
| ZOHO CORPORATION, | § |
| Counter-Defendant, | § |
| and | § |
| ZOHO CORPORATION PVT. LTD. | § |
| Third-Party Defendant. | § |

**JOINT CLAIM CONSTRUCTION STATEMENT**

Pursuant to the Court's Scheduling Order, the parties hereby submit the Joint Claim Construction Statement attached as Exhibit A.

1

| | |
|---|---|
| Dated: January 13, 2023 | Respectfully submitted, |
| /s/ *Matthew C. Acosta* | /s/ *Phillip Haack* |
| Matthew C. Acosta | Ryan Marton (admitted *pro hac vice*) |
| Texas Bar No. 24062577 | Phillip Haack (admitted *pro hac vice*) |
| macosta@pcrfirm.com | MARTON RIBERA SCHUMANN & CHANG LLP |
| Andrew Lin | 548 Market Street, Suite 36117 |
| Texas Bar. No. 24092702 | San Francisco, CA 94104 |
| alin@pcrfirm.com | Telephone:   (415) 360-2515 |
| Nicholas C. Kliewer | Email:    ryan@martonribera.com |
| Texas Bar No. 24083315 |           phil@martonribera.com |
| nkliewer@pcrfirm.com | |
| **PLATT CHEEMA RICHMOND PLLC** | Darryl Adams |
| 1201 N. Riverfront Blvd., Suite 150 | Texas State Bar No. 00796101 |
| Dallas, Texas 75207 | dadams@sgbfirm.com |
| 214.559.2700 Main | SLAYDEN GRUBERT BEARD PLLC |
| 214.559.4390 Fax | 401 Congress Ave., Ste. 1650 |
| | Austin, Texas 78701 |
| **COUNSEL FOR LIBERTY PEAK VENTURES, LLC** | Telephone: (512) 402-3550 |
| | Facsimile: (512) 402-6865 |
| | *Attorneys for Zoho Corporation and Zoho Corporation Pvt. Ltd.* |

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 13, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.


                         By:    /s/ *Matthew C. Acosta*  
                                     Matthew C. Acosta