# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| ZOHO CORPORATION, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 1:22-cv-37-LY |
| | § | |
| LIBERTY PEAK VENTURES, LLC, | § | |
| | § | |
| Defendant. | § | |
| | § | |
| | § | |
| LIBERTY PEAK VENTURES, LLC, | § | |
| | § | |
| Counterclaimant, | § | |
| | § | |
| v. | § | |
| | § | |
| ZOHO CORPORATION, | § | |
| | § | |
| Counter-Defendant, | § | |
| | § | |
| and | § | |
| | § | |
| ZOHO CORPORATION PVT. LTD. | § | |
| | § | |
| Third-Party Defendant. | § | |

## JOINT MOTION TO CONTINUE THE
## *MARKMAN* HEARING AND TECHNICAL TUTORIAL

Plaintiff/Counter-Defendant Zoho Corporation Pvt. Ltd., Third-Party Defendant Zoho Corporation, and Defendant/Counterclaimant Liberty Peak Ventures, LLC (collectively, the "Parties"), by and through their respective counsel, jointly submit this Motion to Continue the *Markman* Hearing and Technical Tutorial.

The parties jointly request that the Court continue the *Markman* hearing and technical tutorial in the above-captioned case by one week, or as soon thereafter as the Court is

available.  The *Markman* hearing and technical tutorial are currently scheduled for February 21, 2023.  (Dkt. 19.)

The parties have jointly agreed to take additional claim construction discovery and request the continuance to complete that discovery before the *Markman* hearing.  Under the parties' agreement, Zoho reserves its right to move for leave to file supplemental claim construction briefing based on the additional discovery (and Liberty Peak Ventures reserves its right to oppose), but Zoho is not currently seeking such leave.

Accordingly, the Parties request that the Court approve the attached Order granting this Motion to Continue .

Dated: February 9, 2023                        Respectfully submitted:

/s/ Matthew C. Acosta                          /s/ Phillip J. Haack
Matthew C. Acosta                              Phillip J. Haack (admitted *pro hac vice*)
Texas Bar No. 24062577                         phaack@martonribera.com
macosta@pcrfirm.com                            Ryan Marton (admitted *pro hac vice*)
Andrew Lin                                     ryan@martonribera.com
Texas Bar. No. 24092702                        **MARTON RIBERA SCHUMANN & CHAN**
alin@pcrfirm.com                               **LLP**
Nicholas C. Kliewer                            548 Market Street, Suite 36117
Texas Bar No. 24083315                         San Francisco, CA 94104
nkliewer@pcrfirm.com                           Telephone: (415) 360-2515
**PLATT CHEEMA RICHMOND PLLC**
1201 N. Riverfront Blvd., Suite 150            Darryl Adams
Dallas, Texas 75207                            dadams@sgbfirm.com
214.559.2700 Main                              **SLAYDEN GRUBERT BEARD PLLC**
214.559.4390 Fax                               401 Congress Ave., Ste. 1650
                                               Austin, Texas 78701
**COUNSEL FOR LIBERTY PEAK**                   Telephone: (512) 402-3550
**VENTURES, LLC**                              Facsimile: (512) 402-6865

                                               **COUNSEL FOR ZOHO CORPORATION**
                                               **AND ZOHO CORPORATION PVT. LTD.**

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 9, 2023, I electronically filed the foregoing with the

Clerk of the Court using the CM/ECF system which will send notification of such filing to all

counsel of record.


By:     */s/ Phillip J. Haack*
Phillip J. Haack