UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| ZOHO CORPORATION, § § Plaintiff, § § v. § LIBERTY PEAK VENTURES, LLC, § § Defendant. § LIBERTY PEAK VENTURES, LLC, § § Counterclaimant, § § v. § ZOHO CORPORATION, § § Counter-Defendant, § § and § § ZOHO CORPORATION PVT. LTD. § § Third-Party Defendant. § | Civil Action No. 1:22-cv-37-LY |

## ORDER

Before the Court is the Joint Motion to Continue the *Markman* Hearing and Technical Tutorial. The Court is of the opinion that said Motion should be granted.

It is therefore ORDERED that the Joint Motion is GRANTED.  The Court will reschedule the hearing on a date to be determined by the Court.

IT IS SO ORDERED

DATED: _____     _____
                                           HONORABLE LEE YEAKEL
                                           UNITED STATES DISTRICT JUDGE