UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| ZOHO CORPORATION, § § | |
| Plaintiff, § § | |
| v. § | Civil Action No. 1:22-cv-37-LY |
| LIBERTY PEAK VENTURES, LLC, § § | |
| Defendant. § § | |
| LIBERTY PEAK VENTURES, LLC, § § | |
| Counterclaimant, § § | |
| v. § § | |
| ZOHO CORPORATION, § § | |
| Counter-Defendant, § § | |
| and § § | |
| ZOHO CORPORATION PVT. LTD. § § | |
| Third-Party Defendant. § | |

### ORDER

Before the Court is the Joint Motion to Continue the *Markman* Hearing and Technical Tutorial. The Court is of the opinion that said Motion should be granted.

It is therefore ORDERED that the Joint Motion is GRANTED. The Court will reschedule the hearing on a date to be determined by the Court.

IT IS SO ORDERED

DATED: *February 14, 2023*

_____
HONORABLE LEE YEAKEL
UNITED STATES DISTRICT JUDGE

1