UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| ZOHO CORPORATION, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> LIBERTY PEAK VENTURES, LLC, § <br> § <br> Defendant. § <br> § <br> LIBERTY PEAK VENTURES, LLC, § <br> § <br> Counterclaimant, § <br> § <br> v. § <br> § <br> ZOHO CORPORATION, § <br> § <br> Counter-Defendant, § <br> § <br> and § <br> § <br> ZOHO CORPORATION PVT. LTD. § <br> § <br> Third-Party Defendant. § | Civil Action No. 1:22-cv-37-LY |

**UNOPPOSED MOTION FOR LEAVE TO SUBMIT
SUPPLEMENTAL CLAIM CONSTRUCTION BRIEFING**

Plaintiff/Counter-Defendant Zoho Corporation Pvt. Ltd. and Third-Party Defendant Zoho Corporation (collectively "Zoho"), by and through their counsel, jointly submit this motion for leave to submit supplemental claim construction briefing.

The parties have taken additional claim construction discovery, including expert depositions. In order to complete the record on claim construction issues, Zoho asks the Court for leave to submit a short supplemental brief of no more than five pages addressing the results

1

of that discovery. Counsel for Liberty Peak Ventures has stated that it does not oppose this motion if Liberty Peak Ventures is permitted to file a reply addressing the contents of Zoho's supplemental brief. Per the agreement of the parties, Zoho proposes the following schedule for the supplemental submissions:

> March 6, 2023: Zoho files a supplemental brief addressing the claim construction discovery.
>
> March 20, 2023: Liberty Peak Ventures files a reply to Zoho's supplemental brief.

For these reasons, Zoho requests that the Court approve the attached Order granting this Motion.

Dated: March 1, 2023

Respectfully submitted:

*/s/ Phillip J. Haack*
Phillip J. Haack (admitted *pro hac vice*)
phaack@martonribera.com
Ryan Marton (admitted *pro hac vice*)
ryan@martonribera.com
**MARTON RIBERA SCHUMANN & CHAN LLP**
548 Market Street, Suite 36117
San Francisco, CA 94104
Telephone: (415) 360-2515

Darryl Adams
dadams@sgbfirm.com
**SLAYDEN GRUBERT BEARD PLLC**
401 Congress Ave., Ste. 1650
Austin, Texas 78701
Telephone: (512) 402-3550
Facsimile: (512) 402-6865

**COUNSEL FOR ZOHO CORPORATION AND ZOHO CORPORATION PVT. LTD.**

**CERTIFICATE OF CONFERENCE**

I hereby certify that counsel for Zoho conferred with counsel for Liberty Peak regarding the relief requested in this motion on February 28, 2023 and that counsel stated that Liberty Peak did not oppose this motion.

Dated: February 28, 2023            */s/ Phillip J. Haack*
                                    Phillip J. Haack

**CERTIFICATE OF SERVICE**

I hereby certify that on March 1, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

By:   */s/ Phillip J. Haack*
      Phillip J. Haack