UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ZOHO CORPORATION, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 1:22-cv-37-LY |
| LIBERTY PEAK VENTURES, LLC, | § § § | |
| Defendant. | § § | |
| LIBERTY PEAK VENTURES, LLC, | § § § | |
| Counterclaimant, | § § § | |
| v. | § § | |
| ZOHO CORPORATION, | § § § | |
| Counter-Defendant, | § § § | |
| and | § § § | |
| ZOHO CORPORATION PVT. LTD. | § § § | |
| Third-Party Defendant. | § | |

## ORDER

Before the Court is the Unopposed Motion For Leave To Submit Supplemental Claim Construction Briefing filed by the Zoho parties. The Court is of the opinion that said Motion should be granted.

Zoho may file a supplemental claim construction brief addressing results of the additional claim construction discovery no later than March 6, 2023. Liberty Peak Ventures may file a reply to Zoho's supplemental brief no later than March 20, 2023.

IT IS SO ORDERED

DATED: _March 1, 2023_

_____
HONORABLE LEE YEAKEL
UNITED STATES DISTRICT JUDGE