IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ZOHO CORPORATION, <br>   PLAINTIFF, | § <br> § <br> § | |
| V. | § <br> § | |
| LIBERTY PEAK VENTURES, LLC, <br>   DEFENDANT, | § <br> § <br> § | CAUSE NO. 1:22-CV-00037-LY |
| V. | § <br> § | |
| ZOHO CORPORATION PVT. LTD., <br>   THIRD-PARTY DEFENDANT. | § <br> § | |

## ORDER

**IT IS ORDERED** that the above-referenced cause is **SET** for a technology tutorial, followed immediately by the claim construction hearing, on **Monday, May 22, 2023, at 9:30 a.m. CT**, in Courtroom 7, Seventh Floor of the United States Courthouse, 501 West 5th Street, Austin, Texas 78701.

SIGNED this __10th__ day of April, 2023.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE