IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ZOHO CORPORATION,<br>   PLAINTIFF, | § § § | |
| V. | § § § | |
| LIBERTY PEAK VENTURES, LLC,<br>   DEFENDANT, | § § § § | CAUSE NO. 1:22-CV-00037-LY |
| V. | § § § | |
| ZOHO CORPORATION PVT. LTD.,<br>   THIRD-PARTY DEFENDANT. | § § | |

## ORDER

**IT IS ORDERED** that the above-referenced cause is **RESET** for a technology tutorial, followed immediately by the claim construction hearing, on **Friday, July 21, 2023, at 9:00 a.m., Austin, Texas time**, in Courtroom 7, Seventh Floor of the United States Courthouse, 501 West 5th Street, Austin, Texas 78701.

SIGNED this 5th day of May, 2023.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE