UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ZOHO CORPORATION, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 1:22-CV-00037-ADA |
| LIBERTY PEAK VENTURES, LLC, | § § | |
| Defendant. | § § § | |
| LIBERTY PEAK VENTURES, LLC, | § § § | |
| Counterclaimant, | § § § | |
| v. | § § | |
| ZOHO CORPORATION, | § § § | |
| Counter-Defendant, | § § § | |
| and | § § | |
| ZOHO CORPORATION PVT. LTD. | § § § | |
| Third-Party Defendant. | § § § | |

**JOINT CLAIM CONSTRUCTION STATEMENT**

Plaintiff Zoho Corporation, Third-Party Defendant Zoho Corporation Pvt., Ltd., and Defendant and Counter-Claimant Liberty Peak Ventures, LLC jointly submit this Joint Claim Construction Statement for disputed claim terms of three patents that Liberty Peak Ventures asserts Zoho infringes: (1) U.S. Patent No. 9,373,122 ("'122 patent"); (2) U.S. Patent No. 10,074,088 ("'088 patent"); and (3) U.S. Patent No. 10,956,901 ("'901 patent").

## I.   AGREED CONSTRUCTIONS

| Term | Agreed Construction |
|---|---|
| **"web service"**<br>'122 Claims 1, 2, 5, 6, 15, 16<br>'901 Claims 1, 11, 16, 17<br>'088 Claims 1, 15, 19, 20<br><br>This term was proposed by Zoho. | "one or more software components, hardware components, or any combination thereof, associated with providing, receiving, and/or interfacing with data over a network" |
| **"browser toolbar"**<br>'122 Claims 1-3, 6, 7, 15, 16<br>'901 Claims 1, 8, 9, 11, 16, 18, 19<br>'088 Claims 1, 5, 6, 15, 20<br><br>This term was jointly proposed for construction. | "a software program that adds functionality to a browser and includes a graphical user interface component within the browser" |

## II.   DISPUTED CLAIM TERMS

| Term | LPV Construction | Zoho Construction |
|---|---|---|
| **"account information"**<br>'122 Claims 1, 3, 6, 15<br>'901 Claims 1, 4, 8, 9, 11, 14, 16, 18, 19<br>'088 Claims 1, 5, 15, 20<br><br>This term was proposed by Zoho. | Plain and ordinary meaning – no need for construction. | "information from an account (e.g., an account number) wherein the account is associated with an open account or closed account system"<br><br>"an open account system is one that enables transactions with different merchants. Credit |

| Term | LPV Construction | Zoho Construction |
|---|---|---|
| | | cards such as Visa and American Express are examples of open accounts. Closed accounts, by contrast, may be restricted to use with a particular store/merchant, a particular chain of stores/merchants or a collection of affiliated stores/merchants." |
| **"encryption key"**<br><br>'122 Claims 1, 7, 15<br><br>This term was proposed by Zoho. | Plain and ordinary meaning – no need for construction. | "a private key that corresponds to a public key" |
| **"cryptographic key"**<br><br>'901 Claims 1, 4, 11, 14<br>'088 Claims 1, 15<br><br>This term was proposed by Zoho. | Plain and ordinary meaning – no need for construction. | "a private key that corresponds to a public key" |
| **"securely storing the account information at the browser toolbar"**<br><br>'122 Claim 1<br><br>This term was proposed by Zoho. | Plain and ordinary meaning – no need for construction, or in the alternative:<br><br>"storing the account information in a data storage implementation wherein the stored account information is securely accessible by the browser toolbar" | Indefinite, or in the alternative:<br><br>"storing the account information in a data storage implementation wherein the stored account information is accessible only by the browser toolbar" |
| **"securely storing, by the browser toolbar, the account information at the browser toolbar"**<br><br>'901 Claims 1, 11<br>'088 Claim 1<br><br>This term was proposed by Zoho. | Plain and ordinary meaning – no need for construction, or in the alternative:<br><br>"storing, by the browser toolbar, the account information in a data storage implementation wherein the stored account information is securely accessible by the browser toolbar" | Indefinite, or in the alternative:<br><br>"storing, by the browser toolbar, the account information in a data storage implementation wherein the stored account information is accessible only by the browser toolbar" |

| Term | LPV Construction | Zoho Construction |
|---|---|---|
| **"generating, via the browser toolbar"**<br><br>'122 Claim 7<br><br>This term was proposed by Zoho. | Plain and ordinary meaning – no need for construction. | Indefinite |
| **"generating, at a browser toolbar"**<br><br>'901 Claims 1, 11<br>'088 Claim 1<br><br>This term was proposed by Zoho. | Plain and ordinary meaning – no need for construction. | Indefinite |
| **"determining, at a browser toolbar"**<br><br>'122 Claim 15<br>'088 Claim 15<br><br>This term was proposed by Zoho. | Plain and ordinary meaning – no need for construction. | Indefinite |
| **"decrypting, at the browser toolbar"**<br><br>'122 Claim 15<br><br>This term was proposed by Zoho. | Plain and ordinary meaning – no need for construction. | Indefinite |
| **"providing, via the browser toolbar, the stored account information to the web service"**<br><br>'122 Claim 6<br><br>This term was proposed by Zoho. | Plain and ordinary meaning – no need for construction. | Indefinite |

//
//
//

| | |
|---|---|
| Dated: June 30, 2023 | Respectfully submitted: |
| */s/ Matthew C. Acosta* | */s/ Phillip J. Haack* |
| Matthew C. Acosta | Phillip J. Haack (admitted *pro hac vice*) |
| Texas Bar No. 24062577 | phaack@martonribera.com |
| macosta@pcrfirm.com | Ryan Marton (admitted *pro hac vice*) |
| Andrew Lin | ryan@martonribera.com |
| Texas Bar. No. 24092702 | **MARTON RIBERA SCHUMANN &** |
| alin@pcrfirm.com | **CHANG LLP** |
| Nicholas C. Kliewer | 548 Market Street, Suite 36117 |
| Texas Bar No. 24083315 | San Francisco, CA 94104 |
| nkliewer@pcrfirm.com | Telephone: (415) 360-2515 |
| **PLATT CHEEMA RICHMOND PLLC** | |
| 1201 N. Riverfront Blvd., Suite 150 | Darryl Adams |
| Dallas, Texas 75207 | dadams@sgbfirm.com |
| 214.559.2700 Main | **SLAYDEN GRUBERT BEARD PLLC** |
| 214.559.4390 Fax | 401 Congress Ave., Ste. 1650 |
| | Austin, Texas 78701 |
| | Telephone: (512) 402-3550 |
| **COUNSEL FOR LIBERTY PEAK** | Facsimile: (512) 402-6865 |
| **VENTURES, LLC** | |
| | **COUNSEL FOR ZOHO CORPORATION** |
| | **AND ZOHO CORPORATION PVT. LTD.** |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing is being served on the counsel of record via the CM/ECF system on June 30, 2023.

By: /s/ *Phillip J. Haack*
Phillip J. Haack