# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| ZOHO CORPORATION | § | |
| | § | CIVIL NO: |
| vs. | § | AU:22-CV-00037-ADA |
| | § | |
| LIBERTY PEAK VENTURES, LLC, ZOHO CORPORATION PVT. LTD., LIBERTY PEAK VENTURES, LLC, ZOHO CORPORATION | § | |

## ORDER RESETTING IN PERSON MARKMAN HEARING

IT IS HEREBY ORDERED that the above entitled and numbered case is reset for **IN PERSON MARKMAN HEARING** in Courtroom 1, on the First Floor of the United States Courthouse, 501 West Fifth Street, Austin, TX, on **Monday, September 18, 2023 at 02:30 PM**.

IT IS SO ORDERED this 13th day of September, 2023.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE