UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| ZOHO CORPORATION, § § § § § § § § § § § § Plaintiff, v. LIBERTY PEAK VENTURES, LLC, Defendant. | CIVIL NO. A-22-CV-00037-ADA |

**FINAL CLAIM CONSTRUCTIONS OF THE COURT**

The Court provided preliminary constructions on September 16, 2023. The Court held a claim construction hearing on September 18, 2023, in which the Court heard argument on the following claim terms: (1) "account information," (2) "securely storing the account information at the browser toolbar," and (3) "securely storing, by the browser toolbar, the account information at the browser toolbar." ECF No. 50. After careful consideration of the parties' briefs, oral argument, and the applicable law, the Court enters its final constructions for each term as shown below. The Court will provide a supplemental claim construction order at a later date.

| Claim Term | Court's Final Construction |
|---|---|
| **"web service"**<br><br>'122 Claims 1, 2, 5, 6, 15, 16<br>'901 Claims 1, 11, 16, 17<br>'088 Claims 1, 15, 19, 20<br><br>This term was proposed by Zoho. | "one or more software components, hardware components, or any combination thereof, associated with providing, receiving, and/or interfacing with data over a network" |
| **"browser toolbar"**<br><br>'122 Claims 1-3, 6, 7, 15, 16<br>'901 Claims 1, 8, 9, 11, 16, 18, 19<br>'088 Claims 1, 5, 6, 15, 20 | "a software program that adds functionality to a browser and includes a graphical user interface component within the browser" |

| | |
|---|---|
| This term was jointly proposed for construction. | |
| **"account information"**<br><br>'122 Claims 1, 3, 6, 15<br>'901 Claims 1, 4, 8, 9, 11, 14, 16, 18, 19<br>'088 Claims 1, 5, 15, 20<br><br>This term was proposed by Zoho. | "information associated with an account, wherein the account is associated with an open account or a closed account system" |
| **"encryption key"**<br><br>'122 Claims 1, 7, 15<br><br>This term was proposed by Zoho. | Plain and ordinary meaning – no need for construction. |
| **"cryptographic key"**<br><br>'901 Claims 1, 4, 11, 14<br>'088 Claims 1, 15<br><br>This term was proposed by Zoho. | Plain and ordinary meaning – no need for construction. |
| **"securely storing the account information at the browser toolbar"**<br><br>'122 Claim 1<br><br>This term was proposed by Zoho. | Plain and ordinary meaning – no need for construction. |
| **"securely storing, by the browser toolbar, the account information at the browser toolbar"**<br><br>'901 Claims 1, 11<br>'088 Claim 1<br><br>This term was proposed by Zoho. | Plain and ordinary meaning – no need for construction. |
| **"generating, via the browser toolbar"**<br><br>'122 Claim 7<br><br>This term was proposed by Zoho. | Plain and ordinary meaning – no need for construction. |

| | |
|---|---|
| **"generating, at a browser toolbar"**<br><br>'901 Claims 1, 11<br>'088 Claim 1<br><br>This term was proposed by Zoho. | Plain and ordinary meaning – no need for construction. |
| **"determining, at a browser toolbar"**<br><br>'122 Claim 15<br>'088 Claim 15<br><br>This term was proposed by Zoho. | Plain and ordinary meaning – no need for construction. |
| **"decrypting, at the browser toolbar"**<br><br>'122 Claim 15<br><br>This term was proposed by Zoho. | Plain and ordinary meaning – no need for construction. |
| **"providing, via the browser toolbar, the stored account information to the web service"**<br><br>'122 Claim 6<br><br>This term was proposed by Zoho. | Plain and ordinary meaning – no need for construction. |

**SIGNED** this 18th day of September, 2023.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE