UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| ZOHO CORPORATION,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>LIBERTY PEAK VENTURES, LLC,<br><br>　　　　　Defendant.<br><br>LIBERTY PEAK VENTURES, LLC,<br><br>　　　　　Counterclaimant,<br><br>　v.<br><br>ZOHO CORPORATION,<br><br>　　　　　Counter-Defendant,<br><br>　and<br><br>ZOHO CORPORATION PVT. LTD.<br><br>　　　　　Third-Party Defendant. | Civil Action No. 1:22-CV-00037-ADA |

## STIPULATED MOTION FOR DISMISSAL

The defendant Liberty Peak Ventures, LLC ("LPV") and plaintiff Zoho Corporation ("Zoho"), pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby move for an order dismissing all claims asserted by LPV in this action WITH PREJUDICE and all claims asserted by Zoho WITHOUT PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees.

1

//

Dated: November 22, 2023

Respectfully submitted:

| | |
|---|---|
| */s/ Matthew C. Acosta* | */s/ Phillip J. Haack* |
| Matthew C. Acosta | Phillip J. Haack (admitted *pro hac vice*) |
| Texas Bar No. 24062577 | phaack@martonribera.com |
| macosta@pcrfirm.com | Ryan Marton (admitted *pro hac vice*) |
| Andrew Lin | ryan@martonribera.com |
| Texas Bar. No. 24092702 | **MARTON RIBERA SCHUMANN &** |
| alin@pcrfirm.com | **CHANG LLP** |
| Nicholas C. Kliewer | 548 Market Street, Suite 36117 |
| Texas Bar No. 24083315 | San Francisco, CA 94104 |
| nkliewer@pcrfirm.com | Telephone: (415) 360-2515 |
| **PLATT CHEEMA RICHMOND PLLC** | |
| 1201 N. Riverfront Blvd., Suite 150 | Darryl Adams |
| Dallas, Texas 75207 | dadams@sgbfirm.com |
| 214.559.2700 Main | **SLAYDEN GRUBERT BEARD PLLC** |
| 214.559.4390 Fax | 401 Congress Ave., Ste. 1650 |
| | Austin, Texas 78701 |
| **COUNSEL FOR LIBERTY PEAK** | Telephone: (512) 402-3550 |
| **VENTURES, LLC** | Facsimile: (512) 402-6865 |
| | |
| | **COUNSEL FOR ZOHO CORPORATION** |
| | **AND ZOHO CORPORATION PVT. LTD.** |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing is being served on the counsel of record via the CM/ECF system on November 22, 2023.

By: */s/ Matthew C Acosta*
    Matthew C. Acosta