UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| ZOHO CORPORATION, § § § Plaintiff, § § v. § § LIBERTY PEAK VENTURES, LLC, § § Defendant. § § § LIBERTY PEAK VENTURES, LLC, § § Counterclaimant, § § v. § § ZOHO CORPORATION, § § Counter-Defendant, § § and § § ZOHO CORPORATION PVT. LTD. § § Third-Party Defendant. § § | Civil Action No. 1:22-CV-00037-ADA |

## ORDER OF DISMISSAL

CAME ON THIS DAY for consideration of the Stipulated Motion for Dismissal of all claims and counterclaims asserted between defendant Liberty Peak Ventures, LLC and plaintiff Zoho Corporation in this case, and the Court being of the opinion that said motion should be GRANTED, it is hereby

1

ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit by defendant Liberty Peak Ventures, LLC are hereby dismissed with prejudice and all claims asserted in this suit by plaintiff Zoho Corporation are hereby dismissed without prejudice.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

**SIGNED** this \_\_\_\_\_ day of November 2023.

_____
**UNITED STATES DISTRICT JUDGE**