UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **ZOHO CORPORATION,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CIVIL NO. A-22-CV-00037-ADA** |
| | § | |
| **LIBERTY PEAK VENTURES, LLC,** | § | |
| **Defendant.** | § | |

### ORDER GRANTING JOINT MOTION TO DISMISS

Before the Court is the parties' stipulated Motion to Dismiss (ECF No. 53). The parties stipulate that all of Defendant Liberty Peak Ventures, LLC's claims for relief against Plaintiff Zoho Corporation be dismissed with prejudice. The parties further stipulate that all of Plaintiff's claims against Defendant be dismissed without prejudice. Each party shall bear its own costs, expenses, and attorney's fees. After considering same, the Court finds as follows:

**IT IS HEREBY ORDERED** that the stipulated Motion to Dismiss is **GRANTED.**

**IT IS FURTHER ORDERED** that all of Defendant Liberty Peak Ventures, LLC's claims in the above-captioned action are **DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED** that all of Plaintiff Zoho Corporation's claims in the above-captioned action are **DISMISSED WITHOUT PREJUDICE.**

**IT IS FURTHER ORDERED** that all remaining pending motions are **DENIED AS MOOT.**

**IT IS FINALLY ORDERED** that the Clerk of Court is respectfully directed to close the case.

**SIGNED** this 27th day of November, 2023.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE